IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FAYE THOMAS,                    )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )     2:21cv304-MHT
                                )         (WO)
SCOTT BELL and SONNY            )
FARMS, INC.,                    )
                                )
    Defendants.                 )
```

**JUDGMENT**

Pursuant to the partial joint stipulation of dismissal (Doc. 25) and Federal Rule of Civil Procedure 41(a)(2), it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Faye Thomas's claims of wantonness (part of Count I of the complaint), negligent and/or wanton entrustment (Count II), negligent and/or wanton hiring, training, supervision, and/or retention (Count III), negligent and/or wanton inspection, maintenance, and/or repair (Count IV) against defendants Sonny Farms, Inc. and Scott Bell are dismissed with prejudice.  Plaintiff's claims of negligence (part of

Count I) and per se negligence (Count V) against the defendants remain pending.

As the parties have not indicated their preference as to taxation of costs, the court does not impose costs at this time.  If the defendants seek costs, they should file an appropriate request.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 15th day of February, 2022.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE